September 30, 2005

Mr. Harry Herzog
Herzog Carp & McManus
7500 San Felipe, Suite 675
Houston, TX 77063-1711

Mr. H. Miles Cohn
Sheiness Scott Grossman & Cohn, L.L.P.
1001 McKinney, Suite 1400
Houston, TX 77002-6420

RE: Case Number: 04-1003
 Court of Appeals Number:
 Trial Court Number:

Style: ARTURO FLORES, ET AL.
 v.
 MILLENNIUM INTERESTS, LTD., ET AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions in
the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk

Enclosures
|cc:|Mr. Charles F. Fulbruge |
| |III |
| |Mr. J. Ken Nunley |
| |Mr. Vincent L. Hazen |
| |Mr. Bill Davis |
| |The Hon. Deborah G. |
| |Hankinson |